# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dennis Poll, | No. CV-22-00482-TUC-JGZ |
| Plaintiff, | **ORDER** |
| v. | |
| Leilei LLC, et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 12),

**IT IS ORDERED** that all claims alleged by Plaintiff Dennis Poll against Defendants Leilei LLC, IOU Sushi IV LLC, Gerner Poll, and Teri Poll, are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that each party shall bear their own attorney's fees and costs. The Clerk of Court is directed to close the file in this action.

Dated this 19th day of December, 2022.

Honorable Jennifer G. Zipps
United States District Judge